AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PALMETTO INDUSTRIES INTERNATIONAL, INC.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 122-050

BULLBAG CORPORATION,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order entered September 13, 2023, granting the parties' motion for consent judgment, judgment is hereby entered in favor of Plaintiff in the amount of $93,542.00, which is comprised of $66,200.00 in principal and $27,342.00 in interest. This case stands closed.



| 9/13/2023 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |

                                                *(By) Deputy Clerk*

GAS Rev 10/2020